In the Matter of the Accounting of MARY B. ROE, as Executrix of S. WALLACE ROE, Deceased, Appellant.

AGNES J. WELCH, Respondent.

(Argued March 10, 1933; decided April 11, 1933.)

*Michael D. Reilly* and *Joseph Besch, Jr.*, for appellant.
*Newton B. VanDerzee* and *Ogden Stevens* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.